# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sorokin, Leo T. | District Court, Massachusetts | 11/24/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - Active | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U.S. District Court
One Courthouse Way
Boston, MA 02210
Suite 6130

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #6 |
| 2. | Trustee | Trust #7 |
| 3. | Executor | Estate #1 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Adjunct Professor, Boston University School of Law | $7,900.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Self-employed - psychologist |
| 2. 2013 | Adjunct Professor, Boston College |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Gold Reserve Line of Credit | None |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental/Vacation Property Massachusetts (2001, 273,100) | D | Rent | N | R | | | | | |
| 2. Bank of America Accounts | A | Interest | J | T | | | | | |
| 3. IRA #1 | | | | | | | | | |
| 4. -Fidelity Contrafund | A | Dividend | K | T | | | | | |
| 5. -Fidelity Pacific Basin | A | Dividend | J | T | | | | | |
| 6. IRA #2 | | | | | | | | | |
| 7. -Davis NY Venture Fund C | C | Dividend | K | T | | | | | |
| 8. -Wells Fargo Cash | A | Int./Div. | J | T | | | | | |
| 9. IRA #3 | | | | | | | | | |
| 10. -Amazon | | None | K | T | | | | | |
| 11. -Wells Fargo Cash Account | A | Interest | J | T | | | | | |
| 12. -Citigroup | A | Dividend | J | T | | | | | |
| 13. -Allianz AGIC Opportunity Fund | A | Dividend | J | T | | | | | |
| 14. -RCM Mid Cap Fund | A | Dividend | K | T | | | | | |
| 15. -PIMCO FDS PAC Dev Invt Mgmt | A | Dividend | K | T | | | | | |
| 16. -Intentionally Blank | | | | | | | | | |
| 17. Brokerage Acct#1 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Wells Fargo Money Market Fund | A | Interest | J | T | | | | | |
| 19. -Home Properties, Inc. | A | Dividend | J | T | | | | | |
| 20. -Vanguard Total Stock Market ETF | A | Dividend | J | T | | | | | |
| 21. -Bristol Myers Squibb | A | Dividend | K | T | | | | | |
| 22. -Wisdomtree Investments | | None | J | T | | | | | |
| 23. -Healthcare Realty Trust, Inc. | B | Dividend | K | T | | | | | |
| 24. -Aethena Health | | None | | | Sold | 03/13/13 | K | D | |
| 25. -Berkshire Hawthaway Series B | | None | J | T | | | | | |
| 26. -Saul Centers | A | Dividend | J | T | Buy | 07/26/13 | J | | |
| 27. | | | | | Buy (add'l) | 07/31/13 | J | | |
| 28. -Otelco Inc. | | None | | | Sold | 12/03/13 | J | A | |
| 29. -Hannon Armstrong Sustainable Capital | A | Dividend | J | T | Buy | 07/19/13 | J | | |
| 30. -Apple | A | Dividend | K | T | | | | | |
| 31. -Sector Spdr Tech Select Sector | A | Dividend | K | T | | | | | |
| 32. DWS Scudder High Income Trust | B | Dividend | K | T | | | | | |
| 33. Matthews Pacific Tiger Fund | A | Dividend | K | T | | | | | |
| 34. -Intentionally Blank | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Intentionally Blank | | | | | | | | | |
| 36. IRA #4 | | | | | | | | | |
| 37. -Vanguard 500 Index Fund Adm | B | Dividend | K | T | | | | | |
| 38. -Vanguard Intermediate Term Investment Grade Fund | A | Dividend | J | T | | | | | |
| 39. -Vanguard U.S. Value Fund | A | Dividend | J | T | | | | | |
| 40. - Vanguard Emerging Markets Stock Index Adm | A | Dividend | K | T | | | | | |
| 41. Brokerage Acct#2 | | | | | | | | | |
| 42. -Vanguard U.S. Value Fund | A | Dividend | J | T | | | | | |
| 43. Brokerage Acct#3 | | | | | | | | | |
| 44. -Vanguard 500 Index Fund | A | Dividend | J | T | | | | | |
| 45. -Vanguard Long Term treasury Fund | A | Dividend | K | T | | | | | |
| 46. -Vanguard Extended Market Index Fund | A | Dividend | J | T | | | | | |
| 47. Brokerage Acct#4 | | | | | | | | | |
| 48. -American Century Income and Growth Fund | A | Dividend | K | T | | | | | |
| 49. IRA #5 | | | | | | | | | |
| 50. -American Century Equity Income | B | Dividend | K | T | | | | | |
| 51. -American Century Prime Money Market | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -American Century Small Cap Value Fund | B | Dividend | J | T | | | | | |
| 53. Brokerage Acct#5 | | | | | | | | | |
| 54. -American Century Equity Income Fund | B | Dividend | K | T | | | | | |
| 55. Brokerage Acct#6 | | | | | | | | | |
| 56. -American Century Giftrust Fund | A | Dividend | J | T | | | | | |
| 57. Brokerage Acct#7 | | | | | | | | | |
| 58. -American Century Giftrust Fund | A | Dividend | J | T | | | | | |
| 59. Limited Partnership Bear Hollow Lender | | None | J | U | | | | | |
| 60. -Intentionally blank | | | | | | | | | |
| 61. Intentionally Blank | | | | | | | | | See Note |
| 62. Limited Partnership Bear Hollow Lender | | None | J | U | | | | | |
| 63. Limited Partnership Wolf Paca I | E | Int./Div. | J | U | | | | | |
| 64. Limited Partnership Joppa East | A | Int./Div. | J | U | | | | | |
| 65. OC, LLC | | None | M | T | | | | | |
| 66. Brokerage Account 11 | | | | | | | | | |
| 67. -Vanguard 500 Index Fund | A | Dividend | J | T | | | | | |
| 68. IRA Account 12A | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Wells Fargo Bank Deposit Sweep Option | A | Interest | J | T | | | | | |
| 70. -Matthews Pacific Tiger Fund | A | Distribution | J | T | | | | | |
| 71. -Home Properties, Inc. | A | Dividend | J | T | | | | | |
| 72. Brokerage Account 12B | | | | | | | | | |
| 73. -Wisdomtree Investments | | None | J | T | | | | | |
| 74. -Vanguard Total Stock Market ETF | A | Dividend | J | T | | | | | |
| 75. -Sterling Bank Corp. | A | Dividend | J | T | | | | | |
| 76. -Wells Fargo Bank Deposit Sweep Option | A | Interest | K | T | | | | | |
| 77. IRA Account 13A | | | | | | | | | |
| 78. -Wells Fargo Bank Deposit Sweep Option | A | Interest | J | T | | | | | |
| 79. -Matthews Pacific Tiger | A | Dividend | J | T | | | | | |
| 80. Brokerage Account 13B | | | | | | | | | |
| 81. -Wells Fargo Bank Deposit Sweep Option | A | Int./Div. | J | T | | | | | |
| 82. -Sterling Bank Corp | A | Dividend | J | T | | | | | |
| 83. -Vanguard Total Stock Market ETF | A | Dividend | J | T | | | | | |
| 84. IRA Account 14A | | | | | | | | | |
| 85. -Wells Fargo Bank Deposit Sweep Option | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Matthews Pacific Tiger | A | Dividend | J | T | | | | | |
| 87. Brokerage Account 14B | | | | | | | | | |
| 88. -Wells Fargo Bank Deposit Sweep Option | A | Interest | J | T | | | | | |
| 89. -Sterling Bank Corp | A | Dividend | J | T | | | | | |
| 90. Trust #4 | D | Int./Div. | M | W | | | | | See Note |
| 91. -Raymond James Bank Deposit Program | | | | | | | | | |
| 92. -Williams Companies | | | | | Buy | 02/01/13 | J | | |
| 93. - Fund Royce Opportunity Fund Investment Class N/L | | | | | | | | | |
| 94. - Fund The Third Avenue Value Fund N/L | | | | | | | | | |
| 95. -Fund Oppenheimer DevMkts Fund | | | | | | | | | |
| 96. - Kinder Morgan | | | | | Sold (part) | 09/09/13 | J | A | |
| 97. | | | | | Sold (part) | 10/01/13 | J | A | |
| 98. - Fund Thornburg Int'l Value Fund | | | | | | | | | |
| 99. -Berkshire Hathaway B | | | | | | | | | |
| 100. -Crown Castle | | | | | | | | | |
| 101. - Stock Alleghany Corp | | | | | | | | | |
| 102. -Flow 2006 LLC | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -PNC Bank Account | | | | | | | | | |
| 104. -Fund Hartford Capital Appreciation Fund Class A | | | | | | | | | |
| 105. -Liberty Media | | | | | Sold (part) | 01/17/13 | J | A | |
| 106. -Fund Third Avenue Focused Credit Fund Investor Class | | | | | | | | | |
| 107. -Longleaf Small-cap Fund | | | | | | | | | |
| 108. -Putnam Capital Spectrum | | | | | | | | | |
| 109. -Arbitrage Fund | | | | | Sold | 02/01/13 | J | A | |
| 110. Janus Worldwide Fund | A | Dividend | J | T | | | | | |
| 111. Trust #5 | E | Dividend | N | W | | | | | See Note |
| 112. -Wells Fargo Bank Deposit Sweep | | | | | | | | | |
| 113. -Stock Sector Spdr TR Tech Select Sector XLK | | | | | | | | | |
| 114. -Dow Chemical Co Internotes | | | | | Sold | 09/16/13 | K | A | |
| 115. -Richie Associates LLC | | | | | Sold | 10/14/13 | K | D | |
| 116. -Bear Hollow Lender LLC | | | | | | | | | |
| 117. -Gunpowder W Corp. | | | | | | | | | |
| 118. -Joppa East Limited Partnership | | | | | | | | | |
| 119. -Mayfield W, Inc. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -MHW, LLC | | | | | | | | | |
| 121. -Exploration Capital 2005 | | | | | | | | | |
| 122. -Wolf Realty Corp. | | | | | | | | | |
| 123. -Saul Centers Bond | | | | | Buy | 09/12/13 | K | | |
| 124. -Tenn Valley Authority Bond | | | | | | | | | |
| 125. -VSECU Bank Account | | | | | | | | | |
| 126. -Merck | | | | | | | | | |
| 127. -GSV Capital | | | | | | | | | |
| 128. -Loan to Trust #4 | | | | | | | | | See Note |
| 129. Brokerage Account 15 | | | | | | | | | |
| 130. -Matthews Pacific Tiger Fund | A | Dividend | J | T | | | | | |
| 131. IRA Account 20 | | | | | | | | | |
| 132. -Wells Fargo Money Market | A | Int./Div. | K | T | | | | | |
| 133. -Tesla Motors, Inc. | | None | K | T | Buy | 10/03/13 | K | | |
| 134. IRA BA 17 | C | Dividend | M | T | | | | | |
| 135. -Indexiq ETF Tr IQ ARB Global Res ETF | | | | | | | | | |
| 136. -aston/Fairpoint Mid Cap fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Acadian Emerging Markets Port Instl | | | | | | | | | |
| 138. -Allianz NFJ Small Cap Value Class I | | | | | | | | | |
| 139. -American Mutual Fund Cl F2 | | | | | | | | | |
| 140. -Brown Capital Mgt Small C. Inv. | | | | | | | | | |
| 141. -Cohen & Steers Realty Shares | | | | | | | | | |
| 142. -Columbia Acorn international Cl Z | | | | | | | | | |
| 143. -Spartan 500 Index FD Investor Class | | | | | | | | | |
| 144. -Fidelity Advisor New Insights cl I | | | | | | | | | |
| 145. -Harbor International Institutional | | | | | | | | | |
| 146. -Artio Total Return Bond Fund Cl I | | | | | | | | | |
| 147. -Fidelity Floating Rate High Income | | | | | | | | | |
| 148. -Fidelity Total Bond | | | | | | | | | |
| 149. -PIMCO Total REturn Instl | | | | | | | | | |
| 150. -Osterweis Strategic Income Fund | | | | | | | | | |
| 151. -Cohen & Steers Intl Realty Inc. Cl I | | | | | | | | | |
| 152. -IQ Alpha Hedge Strategy Instl | | | | | | | | | |
| 153. -Putnam Absolute Return 700 Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -Fidelity Cash Reserves | | | | | | | | | |
| 155.  Trust #6 | A | Interest | | | | | | | See Note |
| 156.  -Berkshire Bank Account | | | | | Closed | 12/23/13 | J | | |
| 157.  -Single Family Home, West Hartford, CT | | | | | Sold | 03/13/13 | L | A | |
| 158.  Trust #7 | A | Int./Div. | | | | | | | See Note |
| 159.  -GE Interest Plus | | | | | Sold | 02/01/13 | K | A | |
| 160.  -Schwab Adv Cash Reserve | | | | | | | | | |
| 161.  -Schwab US Treasury Money Fund | | | | | | | | | |
| 162.  -Caterpillar Fin Powernotes Due 5/15/13 | | | | | | | | | |
| 163.  -Gen Elec Cap CP Note Due 7/15/13 | | | | | | | | | |
| 164.  -Historic TW Inc Bonds due 1/15/13 | | | | | Redeemed | 01/15/13 | J | A | |
| 165.  -Kraft Foods Inc Notes due 10/1/13 | | | | | | | | | |
| 166.  -Protective Life Internotes Due 2/15/13 | | | | | | | | | |
| 167.  -Connecticut St Go UTX Due 6/1/13 | | | | | | | | | |
| 168.  -Connecticut St Go UTX due 1/1/15 | | | | | Redeemed | 01/01/13 | J | A | |
| 169.  -Wisconsin St Tran Due 7/1/13 | | | | | | | | | |
| 170.  -Bank Baroda NY CD Due 2/19/13 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -TIB Independent Bankers CD Due 1/30/13 | | | | | Redeemed | 01/30/13 | J | A | |
| 172. -AFLAC Inc. | | | | | | | | | |
| 173. -AVNET | | | | | | | | | |
| 174. -CDI Corp | | | | | | | | | |
| 175. -Danaher Corp | | | | | | | | | |
| 176. -Forest City Ent | | | | | | | | | |
| 177. -General Electric Co. | | | | | | | | | |
| 178. -Graco Inc. | | | | | | | | | |
| 179. -Johnson & Johnson | | | | | | | | | |
| 180. -Noble Corp | | | | | | | | | |
| 181. -Pepsico Inc. | | | | | | | | | |
| 182. -Procter & Gamble | | | | | | | | | |
| 183. -Total Systems Services | | | | | | | | | |
| 184. IRA 18 | D | Dividend | N | T | | | | | |
| 185. -Schwab Adv Cash Reserves | | | | | | | | | |
| 186. -American Exp CR Notes Due 8/20/12 | | | | | Redeemed | 08/20/13 | J | A | |
| 187. -Case New Holland Notes due 9/1/13 | | | | | Redeemed | 09/03/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -General Electric Cap Internotes Due 3/15/13 | | | | | Buy (add'l) | 02/20/13 | J | | |
| 189. | | | | | Redeemed (part) | 03/15/13 | J | A | |
| 190. -Greif Brothers Notes Due 2/1/17 | | | | | Buy (add'l) | 10/22/13 | K | | |
| 191. -Ingles Mkts Notes due 5/15/17 | | | | | Sold | 06/12/13 | J | A | |
| 192. -Marriott Intern Notes due 2/15/13 | | | | | Redeemed | 02/15/13 | J | A | |
| 193. -Plum Crk Tmbrlnd Bonds due 3/15/21 | | | | | | | | | |
| 194. -Intentionally Blank | | | | | | | | | See Note |
| 195. -Wells Fargo Mtg Frn 2033 REMIC due 3/25/33 | | | | | | | | | |
| 196. -Bank Baroda NY CD due 2/19/13 | | | | | Matured | 02/19/13 | J | A | |
| 197. -TIB Independent Bankers CD Due 1/30/13 | | | | | Redeemed | 01/30/13 | J | A | |
| 198. -Acuity Brands | | | | | | | | | |
| 199. -Auto Data Processing | | | | | | | | | |
| 200. -BOFI Holding Inc. | | | | | Sold (part) | 09/17/13 | J | A | |
| 201. -CISCO Systems | | | | | | | | | |
| 202. -General Electric Co. | | | | | Buy (add'l) | 09/3/13 | J | | |
| 203. -International Business Machines | | | | | | | | | |
| 204. -Japan Smaller Cap Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Johnson & Johnson | | | | | Sold | 02/5/13 | J | A | |
| 206. -LICT Corp | | | | | | | | | |
| 207. -PPG Industries | | | | | | | | | |
| 208. -Reading International Class A | | | | | | | | | |
| 209. -St Jude Medical | | | | | | | | | |
| 210. -Stone Harbor Emerging FD | | | | | | | | | |
| 211. -United Parcel Service Class B | | | | | | | | | |
| 212. -Dynex Capital Inc. New REIT | | | | | | | | | |
| 213. -Humboldt due 7/20/28 | | | | | | | | | See Note |
| 214. -Verizon Wireless Note | | | | | Buy | 03/14/13 | K | | |
| 215. | | | | | Redeemed | 11/29/13 | K | A | |
| 216. -HD Supply Holdings | | | | | Buy | 06/27/13 | J | | |
| 217. | | | | | Sold | 06/28/13 | J | A | |
| 218. -Prudential Financial Note | | | | | Buy | 09/30/13 | J | | |
| 219. -Hewlett Packward Note | | | | | Buy | 07/30/13 | K | | |
| 220. -Intentionally Blank | | | | | | | | | See note |
| 221. Utah Ed Savings Age Based Aggressive Global Fund | A | Dividend | K | T | Buy | 02/14/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Utah Ed Savings Age Based Aggressive Domestic Fund | A | Dividend | K | T | Buy | 02/14/13 | K | | |
| 223. USAA Bank Accounts | A | Int./Div. | L | T | | | | | See note |
| 224. BA Account 19 | | | | | | | | | |
| 225. -Schwab Cash Account | A | Int./Div. | K | T | | | | | |
| 226. -CHN Capital LLC Note | A | Int./Div. | K | T | Buy | 08/15/13 | K | | |
| 227. -Alaska Municipal Bond | | None | J | T | Buy | 08/05/13 | J | | |
| 228. -Masssachusetts Bay Notes | | None | K | T | Buy | 08/06/13 | J | | |
| 229. | | | | | Buy (add'l) | 12/11/13 | K | | |
| 230. -Massachusetts State Note | A | Int./Div. | J | T | Buy | 02/01/13 | J | | |
| 231. -AFLAC Stock | A | Int./Div. | J | T | | | | | |
| 232. -AVNET stock | A | Int./Div. | K | T | | | | | |
| 233. -Danaher Corp stock | A | Int./Div. | J | T | | | | | |
| 234. -Forest City Enterprises, Inc. Stock | | None | J | T | | | | | |
| 235. -Graco Inc. stock | A | Int./Div. | J | T | | | | | |
| 236. -Noble Corp stock | A | Int./Div. | J | T | | | | | |
| 237. -Pepsico Inc. stock | A | Int./Div. | K | T | | | | | |
| 238. -Procter & Gamble | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. -Johnson and Johnson | | None | | | Sold | 02/01/13 | J | A | |
| 240. -Protective Life Note | A | Int./Div. | | | Redeemed | 02/15/13 | J | A | |
| 241. -Bank Baroda CD | A | Int./Div. | | | Matured | 02/19/13 | J | A | |
| 242. -GE Co. Inc Stock | A | Int./Div. | | | Sold | 03/13/13 | J | A | |
| 243. -Total Systems Services Stock | A | Dividend | | | Sold | 05/08/13 | J | A | |
| 244. -Caterpillar Note | A | Int./Div. | | | Redeemed | 05/15/13 | J | A | |
| 245. -Connecticut State Note | | None | | | Redeemed | 06/01/13 | J | A | |
| 246. -GE Capital Note | A | Int./Div. | | | Redeemed | 07/15/13 | J | A | |
| 247. -CDI Corp Stock | A | Int./Div. | | | Sold (part) | 07/19/13 | J | A | |
| 248. | | | | | Sold | 09/23/13 | J | A | |
| 249. -Kraft Foods Note | A | Int./Div. | | | Redeemed | 10/01/13 | J | A | |
| 250. | | | | | | | | | |
| 251. | | | | | | | | | |
| 252. | | | | | | | | | |
| 253. | | | | | | | | | |
| 254. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/24/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 61, in 2012, reported the asset Limited Partnership 7400. This asset was sold in 2012 with a value code of L and a gain code of F. The sale information was inadvertently omitted from my 2012 report.

Lines 90 , 111 (Trusts #s 4, 5 ) The valuation of this trust is listed as estimated because some of the assets of the trust are partial interests in illiquid limited partnerships. The value code was based upon the Cash Market value of the bank accounts and publicly traded assets combined with the trustee's estimate of the value of the partnership interests.

Lines 110 and 220 both listed the same Janus Mutual Fund. This has been corrected by listing the asset only once on line 110.

Wisdom Tree listed on line 103 in 2012 report was incorrectly listed under Account 12A rather than 12B where it has been moved in this year's report (Line 73). All other information about this investment last year and this year is correct.
Accounts 12A, 13A and 14A have changed their descriptive name from Brokerage Account ## to IRA Account ## for purposes of clarity, LInes 68, 77, 84.

Line 128 In this transaction Trust 5 made a loan to Trust 4. Trust 4 invested this money in the asset listed on Line 102, however, this did not result in an increase in shares or ownership of the asset.

Trust #7 Line 159, upon the death of a family member, I became a trustee and inhereited an interest in these assets. The assets in this trust were distributed to the beneficiaries during the reporting period and this trust no longer exists. The assets I received are listed in Account 19 beginning on Line 224 with the following exceptions: (1) the assest listed on line 159 (GE Interest Plus) was sold prior to distribution; (2) the asset listed on line 169 (Wisconsin) was distributed to other beneficiaries rather than to me; (3) the assets listed on lines 164, 168 and 171 were redeemed prior to the distribution.

Trust #3 no longer appears in my report. It does not contain any reportable assets. All but one asset was sold in 2012 (see 2012 report) and the proceeds distributed. As of December 31, 2012, those members of my family who were beneficiaries of Trust #3 ceased to have any interest whatsoever in Trust #3 or its remaining assets. Thus, neither Trust #3 nor its assets appear on this report.

Trust #6  Line 155 - Upon the death of a family member, I became a trustee and inhereited an interest in these assets. All of the assets were sold during 2013, the proceeds distributed and the Trust terminated.

Line 194 - Intentionally Blank. The asset listed on this line in my 2012 report (Centex HM Equity Flt 2033 Asset Backd due 3/25/33) was not distributed to this IRA when I received the IRA upon the death of a family member. It was inadvertently listed on the 2012 report.
Line 213 This Asset has been renamed.

Line 223 The asset was inadvertently omitted from my 2012 annual report.

Amended Report Filed 11/24/2014
Line 65- The name of this asset was revised to reflect the actual name of the asset.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leo T. Sorokin**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544